# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CLEVELAND CAMPBELL, JR.**                                                                   **PLAINTIFF**

**V.**                                                          **NO. 3:20CV00046-DMB-JMV**

**ANDREW SAUL**
*COMMISSIONER OF SOCIAL SECURITY*                                **DEFENDANT**

## AMENDED ORDER

Before the Court is the application of Cleveland Campbell, Jr., for leave to proceed in this action filed pursuant to 42 U.S.C. § 405(g) without prepayment of costs or giving security therefor [2]. The Court, having reviewed the application, finds it well taken. Accordingly, it is

**ORDERED:**

1. That Plaintiff's application to proceed *in forma pauperis* is **GRANTED**, and he is granted leave to proceed in this cause without prepayment of fees or costs or giving security therefor.

2. That the Clerk shall issue process for the defendant named in the complaint.

3. That the United States Marshal shall serve the summons and complaint pursuant to 28 U.S.C. §1915.

**THIS,** the 10th day of February, 2020.

                                         **/s/ Jane M. Virden**
                                         **U. S. MAGISTRATE JUDGE**